### MORE agt. WARREN

Richard More of Boston Junio[r] plaint. ag[t] Humphry Warren of Boston Merchant Defend[t] in an action of the case for not paying the

Summe of twelve pound eight Shillings and nine pence due as the ballance of an Acco$^t$ of wages in the Katch Hopewell on her voyage from this place to Barbados and to this place again in part of the yeare 1676. and part of this present yeare. 1677. on w$^{ch}$ voyage s$^d$ More was Master of the s$^d$ Katch with all other [ 452 ] due damages etc. . . . The Iury . . . found for the plaint. twelve pound Eight Shillings nine pence mony and costs of Court allow$^d$ twenty one Shilling six pence.